**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7297**

———————

LAWRENCE E. GRIFFIN,

                             Plaintiff - Appellant,

        versus

MICHELLE ELZIE, Warden, District of Columbia
Department of Corrections; EUGENE SMITH,
Agents in Active Concert; RUSSELL CANON,
Defense Counsel,

                             Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-01-1011-AM)

———————

Submitted:  December 20, 2001        Decided:  January 11, 2002

———————

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lawrence E. Griffin, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lawrence E. Griffin appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Griffin v. Elzie, No. CA-01-1011-AM (E.D. Va. filed July 30, 2001; entered July 31, 2001). We grant Griffin's motion to supplement exhibits and deny the pending motions to add a third party and for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED